

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '21 MJ01654 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8 U.S.C. Section |
| ) | 1324(a)(2)(B)(iii)- |
| Edgar LOPEZ-Espinoza ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about April 28, 2021, within the Southern District of California, Defendant Edgar LOPEZ-Espinoza, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely Carina URBINA-Reyes, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 29th of April 2021.

HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Carina URBINA-Reyes, is a citizen of a country other than the United States; that said aliens have admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 28, 2021, at approximately 4:02 A.M., Edgar LOPEZ-Espinoza (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a Honda Civic. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his Naturalization Certificate as his entry document and said he was going to El Cajon, California to work with nothing to declare from Mexico. The CBP Officer attempted to open the vehicles trunk and was unsuccessful. The CBP Officer referred the Defendant and the vehicle to secondary for further inspection.

In secondary, Defendant drove his vehicle through an x-ray device where a CBP Officer noticed anomalies within the trunk area of the vehicle. The CBP Officer inspected the vehicle and discovered a person concealed within a modified compartment between the rear seat and trunk area. The Defendant was secured and taken to the security office. CBP Officers assisted in removing one individual from the compartment and was later identified as Carina URBINA-Reyes (Material Witness). Material Witness was determined to be a citizen of Mexico without lawful documents to enter the United States and is being held as a Material Witness.

On April 28, 2021, at approximately 7:32 A.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant claimed ownership of his vehicle and admitted knowledge of the individual concealed within. Defendant stated he would be paid $3,000.00 USD and was to drop off the concealed person in El Cajon.

A videotaped interview was conducted with Material Witness. Material Witness stated she is citizen of Mexico without lawful documents to enter or reside in the United States. Material Witness stated her friend made the smuggling arrangements and was going to pay $16,000.00 USD as the smuggling fee. Material Witness stated she was going to San Jose, California.

1